FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D19-2830
_____

CHAD R. VANETTEN,

Appellant,

v.

NINA C. VANETTEN,

Appellee.

_____


On appeal from the Circuit Court for Nassau County.
James H. Daniel, Judge.

September 11, 2019


PER CURIAM.

DISMISSED.

ROWE, OSTERHAUS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Chad R. VanEtten, pro se, Appellant.

No appearance for Appellee.